# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF INDIANA

[This form is for prisoners to sue for civil rights violations. NEATLY print in ink (or type) your answers.]

-FILED-
JUN 24 2024
At _____ M
Chanda J. Berta, Clerk
U.S. DISTRICT COURT
NORTHERN DISTRICT OF INDIANA

__JOE CHuck Pittman__,
[You are the PLAINTIFF, print your full name on this line.]

v.

__#821 Conejo Lake county Jail employee__,
[The DEFENDANT is who you are suing. Put ONE name on this line. List ALL defendants below, including this one.]

Case Number __2:24-cv-215__
[For a new case in this court, leave blank. The court will assign a case number.]

[The top of this page is the caption. Everything you file in this case must have the same caption. Once you know your case number, it is VERY IMPORTANT that you include it on everything you send to the court for this case. DO NOT send more than one copy of anything to the court.]

## PRISONER COMPLAINT

| # | Defendant's Name and Job Title | Work Address |
|---|---|---|
| 1 | [Put the defendant named in the caption in this box.] #821 Conejo / Lake county Jail / Lake county Jail employee | 2293 N. Main Street Crown Point, IN 46307 |
| 2 | [Put the names of any other defendants in these boxes.] (1 to 25 / Warden: John DOE / Jane DOE / John doe's / Jane doe's) DOE | 2293 N. Main Street Crown Point, IN 46307 |
| 3 | Sheriff: John doe / Jane DOE Commissioner: John DOE / Jane doe Superintended: John doe / Jane DOE | 2293 N. Main Street Crown Point, IN 46307 |

[If you are suing more defendants, attach an additional page. Number each defendant. Put the name, job title, and work address of each defendant in a separate box as shown here.]

1. How many defendants are you suing? __30__
2. What is the name and address of your prison or jail? __Pendleton Correctional Facility, 4490 W. reformatory Road pendleton, IN 46064__
3. Did the event you are suing about happen there? ○ Yes. ● No, it happened at: __LAKE County Jail, 2293 North Main street, Crown Point, IN 46307__
4. On what date did this event occur? __3/23/23 (March 23, 2023)__

[DO NOT write in the margins or on the back of any pages. Attach additional pages if necessary.]

## CLAIMS and FACTS

DO: Write a short and plain statement telling what each defendant did wrong.

DO: Use simple English words and sentences.

**DO NOT**: Quote from cases or statutes, use legal terms, or make legal arguments.

DO: Explain when, where, why, and how each defendant violated your rights.

DO: Include every fact necessary to explain your case and describe your injuries or damages.

DO: Number any documents you attach and refer to them by number in your complaint.

**DO NOT**: Include social security numbers, dates of birth, or the names of minors.

DO: Use each defendant's name every time you refer to that defendant.

DO: Number your paragraphs. [*The first paragraph has been numbered for you.*]

1. All the defendants violated A court order to keep separate from my other co-defendants which was in the computer system because My co-defendants had proffer statements against Me. (JOE Pittman #203085) in the (Case # 45G02-1903-MR-000009). Also the defendants endangered my person because I got seriously injured in my head area By a lake county Correctional officer #821 Conejo which caused my head/Eye area to bleed. The Lake county correctional officer #821 Conejo Also used excessive force in violation of my 8th amendment constitutional right & I believed they violated my 14th amendment right too because my life was put in danger by correctional officers & this situation caused my head area to be injured NOW I have lifetime bruises suchas scars, cuts, I have plenty of headaches now, I have worser mental health issues, I see & hear things more & I'm always in fear of my life now. I'm not sure of every correctional officer Name but they were all on camera in clean holding which →

[*DO NOT write in the margins or on the back of any pages. Attach additional pages if necessary.*]

Claims and Facts (continued)

there were 2 cameras & I would like to have both of them used Please & thanks!

Paragraph 1: Direct violation of court order keep separate from My co-defendants (inmate Juarez Rogers, Giovante Galloway, Elrice Williams) Now (3/23/23 between the times of 4:30AM & 12:00 noon / 4:30AM to 12:00 NOON on 3/24/23) I was waiting to be transferred to (Idoc/RDC) Lake County Jail staff members placed inmate Juarez Rogers into the intake clean holding with JOE Chuck Pittman indirect violation of A court order keep separate from which lead to an Altercation).

Paragraph 2: Excessive Force As I continue to explain Inmate Juarez Rogers immediately approached JOE Chuck Pittman aggressively with the intentions to intimidate JOE Chuck Pittman while verbally threatening JOE Chuck Pittman with Physical harm as a result of his actions An altercation ensued. Now as the Altercation/Fight happened which was only about (1 to 5 mins) officers approached the situation which I was tasered & ordered to stop, I immediately complied (I got down on my knees, placed my hands on my head, Never resisted or provoked any officer As I was be cuffed up. One cuff was on my right wrist & As My left wrist was being cuffed officer # 821 conejo Approached the situation aggressively & slammed JOE Chuck Pittman head to the concrete floor for no reason & unprovoked → Continued on another paper!

[DO NOT write in the margins or on the back of any pages. Attach additional pages if necessary.]

**ENDLETON CORRECTIONAL FACILITY**
endleton, Indiana          State Form 8532

DOC No. 293085
NAME: JOE Chuck Pittman
_____ 20__

Which caused my JoE chuck Pittman Eyebrow area to be bursted open bleeding after I was placed in Cuffs without resisting or with no aggression. When I asked this officer #821 Conejo why he did this to my head he said "he didnt mean too." Admitting he knew he used excessive force in violation of my 8th amendment right & 14th amendment right which I could have died, my eye could have been popped out, My skull could have been bursted up.

Paragraph 3: Endangerment to my person   This was an endangerment to my person because I had to protect myself from being harmed or killed by another inmate (Juarez Rogers) which was bigger & older Also more experienced. This was an endangerment to my person also because a correctional officer did physical harm to me by bursting my eyebrow area making my head/eyebrow area bleed in addition i'm a Mental Health patient which I take medication for depression, bipolar, hallucinations & other things, but officer #821 conejo bursting my Head/eyebrow area to bleed caused my mental health to be worser as far as seeing & hearing things more & I'm more fearful for my life more than ever because this correctional officer #821 Conejo harmed me I didnt know correctional officers were allowed to harm inmates such as myself. I can bearly sleep now this situation all took place on 2 cameras in cleaning holding on the date of 3/23/23 between the times of 4:30AM to 12:00 noon / 3/24/23 4:30Am to 12:00 noon.

I would like to sue for the Amount 3 million dollArs 1 million dollars per violation court order keep separate from 1 millions, Excessive force 1 million dollars, & endangerment to My person 1 million dollars

5. When did this event happen?
- ○ Before I was confined.
- ○ While I was confined awaiting trial.
- ○ After I was convicted while confined serving the sentence.
- ● Other: After I was convicted being shipped to Idoc/RDC

6. Have you ever sued anyone for this exact same event?
- ● No.
- ○ Yes, attached is a copy of the final judgment OR an additional sheet listing the court, case number, file date, judgment date, and result of the previous case(s).

7. Could you have used a prison grievance system to complain about this event?
- ○ No, this event is not grievable at this prison or jail.
- ○ Yes, I filed a grievance and attached is a copy of the response from the final step.
- ○ Yes, this event was grievable, but I did not file a grievance because I filed A grievance before I left lake county Jail but I never got a chance to do the grievance process which this is all electronic & I wrote them about the grievance process & Asked for it!

8. If you win this case, what do you want the court to order the defendant(s) to do?
[NOTE: A case filed on this form will not overturn your conviction or change your release date.]

To pay Me in cash or check for All my damages, Everything they did wrong, & for violating all my rights, I would like to be protected better by correctional officers, & I would like all my court fees & Lawyer fees payed off please & thanks! I would like to sue for 3 million dollars total!

[Initial Each Statement]
- JP  I will pre-pay the filing fee OR file a prisoner motion to proceed in forma pauperis.
- JP  I will keep a copy of this complaint for my records.
- JP  I will promptly notify the court of any change of address.
- JP  I WILL NOT send more than one copy of any filing to the court.
- JP  I WILL NOT send summons, USM-285, or waiver forms to the clerk.
- JP  I declare under penalty of perjury that the statements in this complaint are true.

I placed this complaint in the prison mail system on 6/18/2024 at 7:27 am/pm.
[Do not fill in this date and time until you give the complaint to prison officials to send to the court.]

Joe Pittman
Signature

293085
Prisoner Number

[DO NOT write in the margins or on the back of any pages. Attach additional pages if necessary.]